| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br>**Ethan Jacobs Law Corporation** <br>**100 Pine Street Suite 1250** <br>**San Francisco, CA 94111** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **415-275-0845**   FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **EXTEND INC.** | |

| **United States District Court, Northern District of California** |
|---|
| STREET ADDRESS: **514 H Street** |
| MAILING ADDRESS: **514 H Street** |
| CITY AND ZIP CODE: **Eureka 95501** |
| BRANCH NAME: **United States Courthouse** |

| PLAINTIFF/PETITIONER: **EXTEND INC.** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **My Pillow, Inc.** | **3:24-CV-06152-JCS** |

| **PROOF OF SERVICE (CIVIL)** | HEARING DATE/TIME: | HEARING DEPT./DIV.: | Ref. No. or File No.: **Extend** |
|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT**

3. a. Party served *(specify name of party as shown on documents served)*:
   **My Pillow, Inc.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **Joe Schmieg, I delivered the documents to Joe Schmieg who identified themselves as the corporate officer with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

4. Address where the party was served:
   **1550 Audubon Rd, Chaska, MN 55318**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **01/21/2025** at *(time)*: **11:29 AM**

   b. [ ] **by substituted service.** On *(date)*:           at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
   from *(city)*:                    or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX



REF: **Extend**

PROOF OF SERVICE (CIVIL)

Page 1 of 2
Code of Civil Procedure. § 1011
Tracking #: **0155869401**

| PLAINTIFF/PETITIONER: EXTEND INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: My Pillow, Inc. | 3:24-CV-06152-JCS |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*      (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. **Person who served papers**
   a. Name: **Marc Laurent**
   b. Address: **93 Meadow Cir N, Burnsville, MN 55337**
   c. Telephone number: **612-859-5588**
   d. The fee for service was: **$ 85.00**
   e. I am:

   (1) ☒ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ registered California process server:
       (i) ☐ owner ☐ employee ☐ independent contractor. For:
       (ii) ☐ Registration No.:      Registration #:
       (iii) ☐ County:      County:

7. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
8. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 01/21/2025

Marc Laurent
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

BY FAX

REF: Extend

**PROOF OF SERVICE (CIVIL)**

Page 2 of 2
Tracking #: 0155869401

