UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTEND, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MY PILLOW, INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-06152-RFL<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 21 |

The court has reviewed *de novo* Magistrate Judge Joseph C. Spero's Report and Recommendation Re: Motion for Default Judgment (Dkt. No. 21), as well the underlying Motion (Dkt. No. 14) and supporting declarations, the Supplemental Declarations in support of the Motion (Dkt. Nos. 18 and 20), the Complaint and associated exhibits, and the docket generally. No objections have been filed to the Report. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion is granted, default judgment is entered against MyPillow, and $564,151.39 in damages are awarded to Extend. The Clerk shall enter judgment in favor of Plaintiff, and the case shall be closed.

**IT IS SO ORDERED.**

Dated: February 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge