UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTEND, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MY PILLOW, INC.,<br><br>    Defendant. | Case No. 24-cv-06152-RFL<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 24 |

  Pursuant to the Court's order adopting report and recommendation (Dkt. No. 24), judgment is entered in favor of Plaintiff, and against Defendant.

Dated: February 10, 2025

                    Mark B. Busby
                    Clerk, United States District Court

                By: _____

                    Melinda K. Lock, Deputy Clerk to
                    the Honorable Rita F. Lin